179 So.2d 275

Ilsia ELLIS, wife of/and Wilfred E. RAGETTE

v.

SOUTHERN FARM BUREAU CASUALTY INSURANCE COMPANY, Inc.

No. 47935.

Nov. 8, 1965.

In re: Ilsia Ellis applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Iberia. 177 So.2d 603.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.